IN THE COURT OF APPEALS, THIRD DISTRICT OF TEXAS,



AT AUSTIN




 





NO. 3-91-506-CV





LEOBARDO CANO,



 APPELLANT


vs.





RIO GRANDE CITY INDEPENDENT SCHOOL DISTRICT,



 APPELLEE



 




FROM THE DISTRICT COURT OF TRAVIS COUNTY, 126TH JUDICIAL DISTRICT



NO. 91-12936, HONORABLE JERRY DELLANA, JUDGE PRESIDING



 




 Appellant has filed an amended motion to dismiss this appeal. The motion is
granted; the prior opinion and judgment of this Court dated April 29, 1992, are withdrawn. Tex.
R. App. P. Ann. 59(a) (Pamph. 1992). The order of the trial court denying appellant's
application for temporary injunction is vacated.

 The cause is dismissed.


 


 Bea Ann Smith, Justice

[Before Chief Justice Carroll, Justices Aboussie and B. A. Smith]

Cause Dismissed on Appellant's Amended Motion

Filed: June 17, 1992

[Do Not Publish]